UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| BRYON NEIL GOSSARD d/b/a<br>GILBERT INDOOR RANGE, LLC | )<br>)<br>) | |
| Petitioner - Appellant | )<br>) | |
| v. | )<br>) | No. 16-2187<br>(8:15-cv-00850-TDC) |
| Michael Fronczak,<br>Director of Industry Operations,<br>U.S. Bureau of Alcohol, Tobacco, Firearms<br>And Explosives | )<br>)<br>)<br>)<br>) | |
| Respondent - Appellee | ) | |

## JOINT MOTION TO FILE CORRECTED JOINT APPENDIX AND BRIEF AND TO REVISE BRIEFING SCHEUDLE

The parties hereby move this Court to permit Appellant to file a corrected joint appendix and opening brief, and to revise the briefing schedule accordingly. In support of this motion, the parties state as follows.

1. On May 15, 2017, Appellant filed a joint appendix. On May 16, 2016, Appellant filed his opening brief. Appellee's response brief is currently due on June 27, 2017.

2. Appellant had hired a third-party vendor to compile the joint appendix. While Appellee was preparing its response brief, it was noticed that the joint appendix's table of contents was not accurate, and as such, many of the citations in the Appellant's brief are incorrect.

3. Appellant's Counsel has been in connect with the third-party vendor who has agreed to correct the errors so that a corrected joint appendix can be filed. Once that is completed, Appellant requests that he be permitted to file a corrected brief solely for the purpose of correcting the citations to the joint appendix.

4. Appellant's Counsel believes that he will be in a position to file both a corrected joint appendix and a corrected opening brief no later than July 14, 2017. This date is necessary to permit the third-party vendor to create the corrected appendix, and because Appellant's counsel will be out of the country for approximately 8 days, until July 8, 2017.

5. As such, the parties jointly request that the Court permit the filing of a corrected joint appendix, and order the following revised briefing schedule:

- Correct joint appendix due: July 14, 2017
- Corrected opening brief due: July 14, 2017
- Response brief due: July 21, 2017
- Any reply brief: 14 days from service of the response brief.

Respectfully submitted,

By: /s/ Athan T. Tsimpedes
    Tsimpedes Law Firm
    1200 New Hampshire Avenue, NW
    Suite 725 A
    Washington DC, 20036
    202-464-9910
    *Counsel for Appellant*

Stephen M. Schenning
Acting United States Attorney

By: /s/ Jane E. Andersen
    Jane E. Andersen (Bar No: 802834)
    Assistant United States Attorney
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201
    (p) 410-209-4892
    Jane.Andersen@usdoj.gov
    *Counsel for Appellee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 26, 2017, this joint motion was served on all parties registered through the CM/ECF system.

                                                  _____/s/_____
                                                  Jane E. Andersen
                                                  Assistant United States Attorney